# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**PROFESSOR ELGINE WILSON FURLOW,**

    **Plaintiff,**

v.                                                   **CASE NO. 4:13-cv-225-MW/CAS**

**INSURANCE QUEENS, et al.,**

    **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.3, filed April 24, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "This cause is being **DISMISSED without prejudice** pursuant to 28 U.S.C §1915(d) for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

SO ORDERED on May 10, 2013.

                                                            s/Mark E. Walker  
                                                            United States District Judge